UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDST, LLC and QUEXT IOT, LLC,

    Plaintiffs,

v.                                           Case No: 8:22-cv-272-CEH-JSS

IAPARTMENTS, INC.,

    Defendant.
_____/

## ORDER

Plaintiffs move to compel Defendant to produce documents in response to their outstanding discovery requests. (Motion, Dkt. 62.) Defendant filed an opposition to the Motion. (Dkt. 66.) The court held a hearing on the Motion on October 17, 2022. (Dkt. 67.) At the hearing, Defendant's counsel represented that it did not object to the majority of Plaintiffs' discovery requests. Upon consideration and for the reasons stated during the hearing:

1. Plaintiffs' Time-Sensitive Motion to Compel (Dkt. 62) is **GRANTED in part**.

2. Defendant is directed to produce materials on a rolling basis in response to those requests to which it has no objection, with production dates of November 4, 2022, November 11, 2022, and November 18, 2022.

3. The productions are to be made subject to the confidentiality agreement executed between the parties.

- 2 -

4. The parties are further directed to confer as to entering an agreement regarding the sharing of electronically stored information (ESI) and the possibility of entering an agreement regarding the cross-use of discovery in this matter in any parallel proceedings.

**ORDERED** in Tampa, Florida, on October 18, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record