UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDST, LLC and QUEXT IOT, LLC,

    Plaintiffs,

v.                                                       Case No: 8:22-cv-272-CEH-JSS

IAPARTMENTS, INC.,

    Defendant.
_____/

## **ORDER**

    Plaintiffs move the court for entry of an order to facilitate the exchange of electronically stored information (ESI) and other information between the parties. (Motion, Dkt. 78.) In support of the Motion, Plaintiffs submit a proposed ESI order. (Dkt. 78-1.) The parties agree to the terms of the proposed ESI order except as to paragraph 1.d.v., which governs when the parties are required to produce privilege logs. *See* (Dkts. 78, 78-1, 78-2, 84.)[1] The court held a hearing on the Motion on January 17, 2023. (Dkt. 92.) For the reasons stated during the hearing and discussed below, the Motion (Dkt. 78) is granted in part.

    Federal Rule of Civil Procedure 26(c) provides that a court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including requiring that a trade secret or other

---

[1] On October 18, 2022, following a hearing, the court ordered the parties to confer as to entering an agreement regarding the sharing of ESI in this matter. (Dkt. 69.)

confidential research, development, or commercial information may not be revealed or be revealed only in a specified way. Fed. R. Civ. P. 26(c)(1)(G). District courts have broad discretion in issuing protective orders "to expedite the flow of discovery material, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material deemed worthy of protection." *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356–57 (11th Cir. 1987). As stated during the hearing, the court finds good cause has been shown to issue an order governing the exchange of ESI and other information in this matter.

Accordingly:

1. Plaintiffs' Motion for Entry of an ESI Order (Dkt. 78) is **GRANTED in part**.

2. Plaintiffs' proposed Agreement Regarding Discovery of Electronically Stored Information (ESI Agreement) (Dkt. 78-1) is approved and incorporated herein, except that paragraph 1.d.v. is amended as consistent with this order.

3. Defendant is directed to produce a log of documents that were withheld from its prior productions to Plaintiffs, if any, on or before February 3, 2023. For all future productions, the parties are directed to produce logs of documents withheld on the basis of privilege or some other ground, if any, within 15 days of the production date.

4. The court's jurisdiction to enforce the terms of the ESI order shall terminate upon a final determination of this action.

- 3 -

5. For each document, object, or other material that the parties wish to file under seal, they shall file a Motion to Seal in accordance with Middle District of Florida Local Rule 1.11.

**ORDERED** in Tampa, Florida, on January 19, 2023.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record