**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

EDST, LLC and QUEXT IoT, LLC,

    Plaintiffs,

v.                                                             Case No: 8:22-cv-272-CEH-JSS
                                                              Case No: 8:22-cv-2932-CEH-TGW

iAPARTMENTS, INC.,

    Defendant.
_____/

**ORDER**

The Court has been advised by the Joint Notice of Settlement in Principle (Doc. 143) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on April 17, 2023.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record