UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDST, LLC and QUEXT IoT, LLC,

    Plaintiffs,

v.   Case No: 8:22-cv-272-CEH-JSS
    Case No: 8:22-cv-2932-CEH-TGW

iAPARTMENTS, INC.,

    Defendant.
_____/

## ORDER

Before the Court is the parties' Stipulated Order of Dismissal With Prejudice (Doc. 145-1). In accord with the Stipulated Order of Dismissal With Prejudice, it is

**ORDERED**:

1) This matter is dismissed, with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

2) The Clerk is directed to close these cases.

**DONE AND ORDERED** in Tampa, Florida on May 22, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record